UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

YUSUF ALI ALI, et al.,

    Plaintiff(s),

v.

MICHAEL B. MUKASEY, Attorney General, et al.,

    Defendant(s).

NO. C02-2304MJP

ORDER RESCINDING SANCTION

The above-entitled Court, having received and reviewed Ninth Circuit's opinion in Ali v. Mukasey (No.07-35422), 2008 WL 2001040 (C.A. 9, Wash.), makes the following *sua sponte* ruling:

IT IS ORDERED that the sanction previously assessed against the Attorney General in the above-entitled matter for failure to request leave to file an overlength brief is RESCINDED.

The Court of Appeals remanded the case to this Court with a directive to "conduct a hearing to determine whether it should rescind the sanction or reimpose it, while articulating its reasons." Id., p.1. The Court chooses to rescind the sanction on the grounds that requiring respondents' counsel to attend a hearing would involve more time and expense than the amount of this minimal sanction warrants.

The clerk is directed to provide copies of this order to all counsel of record.

Dated: September 19, 2008

*[signature]*
Marsha J. Pechman
U.S. District Judge

**ORDER ON SANCTIONS** - 1